**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:03cr127 LAC

TERRY M. NEWKIRK

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   May 15, 2009
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE BASED UPON AMENDMENT 713 AND ADDITIONAL ARGUMENT IN SUPPORT
Filed by  DEFENDANT PRO SE   on 5/13/09   Doc.# 512

RESPONSES:
BY GOVERNMENT   on 5/15/09   Doc.# 513
_____ on _____ Doc.# _____

____ Stipulated  ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                              Deputy Clerk: Mary Maloy

# ORDER

*Upon consideration of the foregoing, it is ORDERED this 18th day of May, 2009, that:*
*(a) The relief requested is **DENIED**.*
*(b) See Doc 496.*

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.